No. D–368. IN RE DISBARMENT OF GLASSCHROEDER. Disbarment entered. [For earlier order herein, see 464 U. S. 911.]

No. D–379. IN RE DISBARMENT OF GROSSMAN. Disbarment entered. [For earlier order herein, see 464 U. S. 926.]

No. D–381. IN RE DISBARMENT OF CAIRO. Disbarment entered. [For earlier order herein, see 464 U. S. 958.]

No. D–394. IN RE DISBARMENT OF SCHLESINGER. Disbarment entered. [For earlier order herein, see 464 U. S. 1066.]

No. D–409. IN RE DISBARMENT OF MAIER. It is ordered that William C. Maier, of Hobbs, N. M., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–410. IN RE DISBARMENT OF PACOR. It is ordered that Victor N. Pacor, of the Bronx, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–411. IN RE DISBARMENT OF SHEEHY. It is ordered that Donald Joseph Sheehy, of Annapolis, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–412. IN RE DISBARMENT OF SPITZNAGEL. It is ordered that Carl S. Spitznagel, Jr., of Tampa, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–413. IN RE DISBARMENT OF GOLDSTEIN. It is ordered that Charles H. Goldstein, of West Islip, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–414. IN RE DISBARMENT OF BLOCK. It is ordered that Malcolm L. Block, of Cherry Hill, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable